**CGFF1** (6/01/2026)

**ORDERED in the Southern District of Florida on October 19, 2026**

**Mindy A Mora**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 26−21639−MAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Leslie Howard Roberts
aka Howard Roberts
2821 S Federal Hwy
Boynton Beach, FL 33435

SSN: xxx−xx−8039

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

Pursuant to the Order Approving Payment of Filing Fee in Installments entered on **09/02/2026**, the debtor was directed to pay the balance of the filing fee or an installment fee of **$38.00** on or before **10/15/2026**. The debtor has failed to make this payment.

Accordingly, it is **ORDERED** that:

1. This case is dismissed.

2. All pending motions are denied as moot.

3. If the trustee is required to file a final report, the trustee must do so within 14 days of the date of this order.

4. Under Local Rule 1017−1(e), all unpaid fees owed to the clerk − either under 28 U.S.C. § 1930 or any court order − remain due and owing upon dismissal of this case. The unpaid balance of **$38.00** is payable to the Clerk, U.S. Court, Flagler Waterview Bldg, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401.

The clerk shall serve a copy of this order on all parties of record.

*# # #*